UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ALLIED ENERGY SERVICES, LLC, | : | CASE NO. 20-61244-jwc |
| | : | |
| Debtor | : | |
| | : | |
| JORDAN E. LUBIN, | : | |
| as Chapter 7 Trustee, | : | ADVERSARY PROCEEDING |
| | : | NO. 22-05044-jwc |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JENNIFER WILSON, | : | |
| | : | |
| Defendant | : | |

**DISMISSAL OF COMPLAINT, WITHOUT PREJUDICE**

COMES NOW Plaintiff, Jordan E. Lubin in his capacity as Chapter 7 Trustee, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), made applicable by Fed. R. Bankr. P. 7041, hereby dismisses the above styled adversary proceeding, without prejudice, prior to the filing of a responsive pleading.

Dated: March 18, 2022

> LAMBERTH, CIFELLI,
> ELLIS & NASON, P.A.
> *Counsel for Plaintiff*
>
> By:  /s/ G. Frank Nason, IV
> G. Frank Nason, IV
> Georgia Bar No. 535160
> fnason@lcenlaw.com

6000 Lake Forrest Drive, NW
Suite 435
Atlanta, Georgia 30328
(404) 262-7373
(404) 262-9911 (facsimile)