UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ALLIED ENERGY SERVICES, LLC, | : | CASE NO. 20-61244-jwc |
| | : | |
| Debtor | : | |
| | : | |
| JORDAN E. LUBIN, | : | |
| as Chapter 7 Trustee, | : | ADVERSARY PROCEEDING |
| | : | NO. 22-05044-jwc |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JENNIFER WILSON, | : | |
| | : | |
| Defendant | : | |

**CERTIFICATE OF SERVICE OF DISMISSAL OF COMPLAINT,
WITHOUT PREJUDICE**

This is to certify that I have on this day served by regular first class mail a copy of the *Dismissal of Complaint, Without Prejudice* on the following parties:

Jennifer Wilson, 2222 Mura Drive, Augusta, GA 30906-4818

Nathan E. Huff, Cleary, West & Huff, LLP, 1223 Georgie C. Wilson Drive, Augusta, GA 30909

Dated: March 21, 2022

                                                By:  */s/ G. Frank Nason, IV*
                                                     G. Frank Nason, IV
                                                     Georgia Bar No. 535160
                                                     fnason@lcenlaw.com

6000 Lake Forrest Drive, NW
Suite 435
Atlanta, Georgia 30328
(404) 262-7373
(404) 262-9911 (facsimile)